# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.                                    Crim. No. 5:09-CR-205-1D

TIMOTHY RAY WILKINS

On December 30, 2014, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith  
Eddie J. Smith  
Supervising U.S. Probation Officer  
150 Rowan Street, Suite 110  
Fayetteville, NC 28301-5730  
Phone: 910-354-2537  
Executed On: April 24, 2017

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __26__ day of __April__, 2017.

James C. Dever III  
Chief U.S. District Judge